IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID DEBOARD, JR., individually and on behalf of all others similarly situated, | § § § Civil Action No.: 1:13-cv-507-SEB-DKL § |
| Plaintiff, | § § **CLASS ACTION** |
| v. | § § **JURY TRIAL DEMANDED** § |
| FAIRFIELD INN & SUITES SEYMOUR, | § § |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes the Plaintiff, David DeBoard, Jr., by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby voluntarily dismisses this action.

           Respectfully submitted,

           THE FRASHER LAW FIRM, P.C.

           *s/ Ryan R. Frasher*
           Ryan R. Frasher (27108-49)
           450 Barrister Building
           155 East Market Street
           Indianapolis, IN 46204
           Tel: 317.634.5544
           Fax: 317.630.4824
           rfrasher@frasherlaw.com

           TRAVIS & CALHOUN, P.C.

           *s/ Eric G. Calhoun*

        Eric G. Calhoun
        Texas Bar No. 03638800
        1000 Providence Towers East
        5001 Spring Valley Road
        Dallas, Texas  75244
        Tel: 972.934.4100
        Fax: 972.934.4101
        eric@travislaw.com

        ATTORNEYS FOR PLAINTIFF
        AND
        PROPOSED CLASS COUNSEL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of May, 2013, this motion was electronically filed through the Court's CM/ECF system. Electronic notice of this filing, and access to this motion, will be automatically sent to the following through the Court e-filing system:

Robert W. Hojnoski
REMINGER CO., L.P.A.
Email:  Rhojnoski@reminger.com

Vincent P. Antaki
REMINGER CO., L.P.A.
Email:  Vantaki@reminger.com

        *s/ Ryan R. Frasher*
        Ryan R. Frasher